**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

BRETT ADAMS, TAMRA ADAMS, JILL : No. 300 EAL 2022
O'DONNELL, MATTHEW O'DONNELL, :
JASON TEPFENHARDT, JESSICA :
TEPFENHARDT, JAMES WIEGERS, ANN : Petition for Allowance of Appeal
MARIE WIEGERS, BRIAN BENTRIM, JEFF : from the Order of the Superior Court
CAMPAGNA, ELIZABETH CAMPAGNA, :
CATHERINE BENTRIM, JAMES COY AND :
DENISE COY :
:
:
:
:
v. :
:
:
:
TOLL BROTHERS, INC, TOLL PA, L.P., :
TOLL PA GP CORP, TOLL BROS., INC., :
TOLL ARCHITECTURE, INC., TOLL :
ARCHITECTURE I, P.A., ANDERSEN :
WINDOWS, INC., THOMAS E. MANION T/A :
MANION CONTRACTORS AND/OR :
THOMAS E. MANION, MICHAEL :
ANTOLINO CONSTRUCTION, INC., RSB :
CONSTRUCTION CO., MACK DONOHOE :
CONTRACTORS, INC., ELK :
CONSTRUCTION, PETR JACH T/A BRICK :
FRONTS, .L.C., EXTERIOR OPTIONS, INC. :
:
:
:
PETITION OF: TOLL BROTHERS, INC., :
TOLL BROS., INC., TOLL PA, L.P. AND :
TOLL PA GP CORP. :

JAMES COOKE AND TRACY COOKE : No. 301 EAL 2022
:
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
TOLL BROTHERS, INC, TOLL PA, VI L.P., :
TOLL PA GP CORP, TOLL BROS., INC., :
TOLL ARCHITECTURE, INC., TOLL :
ARCHITECTURE I, P.A. :
:

v. :
:
:
:
ANDERSEN WINDOWS, INC., NEW :
MILLENNIUM CONTRACTING CORP., :
MACK DONOHOE CONTRACTORS, INC., :
MAR JOHN MASONRY, INC., CONNOLLY :
STUCCO AND PLASTERING :
:
:
PETITION OF: TOLL BROTHERS, INC., :
TOLL BROS., INC., TOLL PA, VI, L.P. AND :
TOLL PA GP CORP. :

JAMES COY AND DENISE COY : No. 302 EAL 2022
:
:
v. : Petition for Allowance of Appeal
: from the Order of the Superior Court
:
TOLL BROTHERS, INC, TOLL PA, L.P., :
TOLL PA GP CORP, TOLL BROS., INC., :
TOLL ARCHITECTURE, INC., TOLL :
ARCHITECTURE I, P.A. :
:
:
v. :
:
:
ANDERSEN WINDOWS, INC., MICHAEL :
ANTOLINO CONSTRUCTION, INC., RSB :
CONSTRUCTION, EXTERIOR OPTIONS, :
INC D/B/A EXTERIOR WALL, INC., FRANK :
BADOLATO, AQUARIUS SIDING :
:
:
PETITION OF: TOLL BROTHERS, INC., :
TOLL BROS., INC., TOLL PA, L.P. AND :
TOLL PA GP CORP. :

THOMAS DEANGELO AND CAGLAYAN : No. 303 EAL 2022
DEANGELO :
:
: Petition for Allowance of Appeal
v. : from the Order of the Superior Court

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL 2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 2

TOLL BROTHERS, INC, TOLL PA, II, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A.

        v.

ANDERSEN WINDOWS, INC., MS BUILDERS, INC.,  M A CARDY CONSTRUCTION, INC., DOMINIC C. DEFRANGESCO, MACK DONOHOE CONTRACTORS, INC.

PETITION OF: TOLL BROTHERS, INC., TOLL BROS., INC., TOLL PA II, L.P. AND TOLL PA GP CORP.

TODD ELLIOTT AND JUDITH ELLIOTT      No. 304 EAL 2022

        v.

Petition for Allowance of Appeal from the Order of the Superior Court

TOLL BROTHERS, INC, TOLL PA, II, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A.

        v.

ANDERSEN WINDOWS, INC., MACK DONOHOE CONTRACTORS, INC., M.A. CARDY CONSTRUCTION, INC.

PETITION OF: TOLL BROTHERS, INC., TOLL BROS., INC., TOLL PA II, L.P. AND TOLL PA GP CORP.

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL 2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 3

BENJAMIN LACSON AND EVELYN LACSON

v.

TOLL BROTHERS, INC, TOLL PA, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A.

v.

ANDERSEN WINDOWS, INC., THOMAS E. MANION T/A MANION CONTRACTORS AND/OR THOMAS E. MANION A/K/A MANION, RSB CONSTRUCTION CO., EXTERIOR WALLS, INC., MACK DONOHOE CONTRACTORS INC., ELK CONSTRUCTION, INC.

PETITION OF: TOLL BROTHERS, INC., TOLL BROS., INC., TOLL PA, L.P. AND TOLL PA GP CORP.

: No. 305 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

MICHAEL MILEY AND JENNIFER MILEY

v.

TOLL BROTHERS, INC, TOLL PA II, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A.

v.

: No. 306 EAL 2022
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court

[300 EAL 2022, 301 EAL 2022, 302 EAL 2022, 303 EAL 2022, 304 EAL 2022, 305 EAL 2022, 306 EAL 2022, 307 EAL 2022 and 308 EAL 2022] - 4

ANDERSEN WINDOWS, INC., NEW MILLENNIUM CONTRACTORS, MACK DONOHOE CONTRACTORS, INC.

      :
      :
      :
      :
      :

PETITION OF: TOLL BROTHERS, INC., TOLL BROS., INC., TOLL PA II, L.P. AND TOLL PA GP CORP.

      :

FURRUKH MUNAWAR AND AAIYSHA MUNAWAR

      :  No. 307 EAL 2022
      :
      :
      :  Petition for Allowance of Appeal

v.

      :  from the Order of the Superior Court
      :
      :

TOLL BROTHERS, INC, TOLL PA II, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A.

      :
      :
      :
      :
      :

v.

      :
      :
      :

ANDERSEN WINDOWS, INC., MACK-DONOHOE CONTRACTORS, INC., MILLENNIUM CONTRACTING CORPORATION

      :
      :
      :
      :
      :
      :

PETITION OF: TOLL BROTHERS, INC., TOLL BROS., INC., TOLL PA II, L.P. AND TOLL PA GP CORP.

      :
      :
      :

DANIEL PORTER AND CAROLYN PORTER

      :  No. 308 EAL 2022
      :
      :
      :  Petition for Allowance of Appeal

v.

      :  from the Order of the Superior Court
      :
      :

TOLL BROTHERS, INC, TOLL PA II, L.P., TOLL PA GP CORP, TOLL BROS., INC., TOLL ARCHITECTURE, INC., TOLL ARCHITECTURE I, P.A.

      :
      :
      :
      :
      :

|  | : |
|  | : |
|  | : |
| v. | : |
|  | : |
|  | : |
| ANDERSEN WINDOWS, INC., DOMINIC C. | : |
| DEFRANGESCO, MACK DONOHOE | : |
| CONTRACTORS, INC. | : |
|  | : |
|  | : |
| PETITION OF: TOLL BROTHERS, INC., | : |
| TOLL BROS., INC., TOLL PA II, L.P. AND | : |
| TOLL PA GP CORP. | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 18th day of April, 2023, the Petition for Allowance of Appeal is **DENIED**.